Form for Chapter 7 Indv Case

## EXHIBIT A TO FORM 2016

Total Funds Paid to CLG:           $1,330.00

The above includes the following    $306.00     BK Court Filing Fee
                                    $30.00      Credit Report
                                    $80.00      Credit Counseling & Debtor Education Fee
                                    $21.00      Homestead Deed Filing (Court Cost)
                                    $893.00     Attorneys' Fees

S:\BARF\AFE.7.INDV.doc

Last updated: May 27, 2011