UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:   RICKETTS, SHERYL DENISE          Case no. 12-62183

       Debtor.                                    Chapter 7

## MOTION TO RE-OPEN CASE

COMES NOW George A. McLean, Jr., Trustee in bankruptcy, and for his motion to re-open case states as follows:

1.  Debtor filed a Chapter 7 bankruptcy proceeding on September 21, 2012, and George A. McLean, Jr., was appointed Trustee in bankruptcy.

2. The creditors hearing was held on October 17, 2012, and a no asset report was filed on October 19, 2012.  The case was closed on December 18, 2012.

3.  It was recently discovered that the Trustee is entitled to a portion of the debtor's proceeds from a personal injury case in the approximate amount of $14,367.00 which were not reported on the debtor's schedules.

WHEREFORE Trustee prays that an order be entered re-opening this bankruptcy case in order to administer the funds which may be available as the result of a personal injury case in the approximate amount of $14,367.00 and that the Trustee be granted such other and further relief as the court may find warranted.

                                        /s/ George A. McLean, Jr.
                                        George A. McLean, Jr., Trustee in bankruptcy

George A. McLean, Jr.
VSB #14018
P. O. Box 1264, Roanoke, Virginia 24006
(540) 982-8430
    Trustee in bankruptcy